**Motion Granted and Abatement Order filed May 22, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-11-00739-CV**
_____

**KEN S. OGBONNIA d/b/a FIRST TEXAS ENERGY, Appellant**

**V.**

**A T & T ADVERTISING, LP, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 988333**

---

## A B A T E M E N T    O R D E R

On April 17, 2012, this court ordered appellant to obtain counsel to represent the appellant-corporation, First Texas Energy Corporation, on or before May 14, 2012. On May 14, 2012, appellant requested an additional sixty days to obtain counsel. The motion is granted. Accordingly, we issue the following order.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket until **July 23, 2012.** The appeal will be reinstated on this court's active

1

docket at that time, or when counsel for appellant makes an appearance in this case, whichever date is earlier.   The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. Appellant's amended brief shall be due **thirty days** after the appeal is reinstated.


PER CURIAM